THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABRAHAM GATNER, Appellant.

Argued April 29, 1937; decided May 25, 1937.

*William Copeland Dodge,* District Attorney (*Philip A. Donahue* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.